UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs. <br><br> v. <br><br> RICHARD RAY GARCIA, et al., <br><br> Defendants. | Case No. 14-cv-03281-JCS <br><br> **ORDER FOR REASSIGNMENT** <br><br> Re: Dkt. No. 39 |

In view of the Report and Recommendation dated May 15, 2015, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

IT IS SO ORDERED.

Dated: May 18, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge