1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   CEMENT MASONS PENSION TRUST
    FUND FOR NORTHERN CALIFORNIA, et        Case No.   14-cv-03281-JCS
8   al.,

        Plaintiffs,
9                                            **REASSIGNMENT ORDER**

10      v.

11  RICHARD RAY GARCIA, et al.,

        Defendants.
12

13  GOOD CAUSE APPEARING THEREFOR,

14      IT IS ORDERED that this case is reassigned to the **Honorable Jeffrey S. White** in

15  **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall

16  bear the **initials JSW** immediately after the case number. All dates presently scheduled are

17  vacated and motions should be renoticed for hearing before the judge to whom the case has been

18  reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil

19  L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation

20  shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

21  proceed in accordance with Fed. R. Civ. P. 72(b).

22      .

23  Dated: 5/19/2015

24                                          FOR THE EXECUTIVE COMMITTEE:

25                                          _____
                                            Richard W. Wieking
26                                          Clerk of Court

27  A true and correct copy of this order has been served by mail upon any pro se parties.

28